# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 15, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

152934(68)(69)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ERIC LAMONTEE BECK,
     Defendant-Appellant.
_____/

SC: 152934
COA: 321806
Saginaw CC: 13-039031-FC

On order of the Chief Justice, the motions of the Criminal Defense Attorneys of Michigan to extend the time for filing a brief amicus curiae and to waive the filing fee are GRANTED. The amicus brief will be accepted as timely filed if submitted on or before September 24, 2018. On further order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental reply brief to August 27, 2018, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 15, 2018



Clerk